The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| ABRAHAM LEAVITT,<br><br>        Plaintiff,<br><br>        v.<br><br>AMERICAN EXPRESS NATIONAL BANK, EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendants. | Case No. 2:23-cv-00697-JNW<br><br>DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT<br><br>**NOTED FOR HEARING:**<br>**same day motion** |

Defendant Equifax Information Services LLC ("Equifax"), by their attorneys and pursuant to Local Rules 7 and 10 of the Western District of Washington, hereby submits this Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.  In support of its motion, Equifax states as follows:

1. On May 11, 2023, Plaintiff Abraham Leavitt filed a Complaint in the United States District Court for the Western District of Washington. (ECF No. 1).

2. Equifax was served via process service on its registered agent, Corporation Service Company, on June 5, 2023.

3. Pursuant to Rules 12 and 8 of the Federal Rule of Civil Procedure, Equifax must file its responsive pleading by June 26, 2023.

EQUIFAX'S UNOPPOSED MOTION FOR EXTENSION
(CASE NO. 2:23-CV-00697-JNW)

Seyfarth Shaw LLP
999 Third Avenue
Suite 4700

Seattle, Washington  98104-4041
(206) 946-4910

1	4.	On June 16, 2023, counsel for Equifax conferred with Plaintiff's counsel to confirm that Plaintiff had no objection to extending Equifax's deadline to answer or respond to Plaintiff's Complaint.  Plaintiff's counsel confirmed that Plaintiff consents to Equifax's requested extension.

5.	Thus, to allow Equifax additional time to investigate Plaintiff's allegations and to engage in informal settlement discussions with Plaintiff's counsel, Equifax respectfully requests an extension of time to answer or otherwise respond to Plaintiff's Complaint through and including July 26, 2023.

6.	This motion is filed before Equifax's response to Plaintiff's Complaint is due. Equifax's request is not sought for the purpose of delay, nor will the additional time adversely affect the just, speedy, and inexpensive determination of this action.  *See* Fed. R. Civ. P. 1.

8.	This motion is filed in good faith and is supported by good cause.

WHEREFORE, Equifax respectfully requests the Court to issue an Order extending the time for Equifax to answer or otherwise respond to Plaintiff's Complaint through and including July 26, 2023.

DATED:  June 26, 2023

Respectfully submitted,

SEYFARTH SHAW LLP

By:  */s/Andrew R. Escobar*
Andrew R. Escobar, WSBA No. 42793
999 Third Avenue, Suite 4700
Seattle, Washington 98104
Phone: (206) 946-4910
Email: aescobar@seyfarth.com

*Counsel for Defendant*
*Equifax Information Services LLC*

EQUIFAX'S UNOPPOSED MOTION FOR EXTENSION - 2
(Case No. 2:23-cv-00697-JNW)

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

IT IS SO ORDERED.

Dated this 29th day of June, 2023.

_____
Jamal N. Whitehead
United States District Judge