The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABRAHAM LEAVITT,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN EXPRESS NATIONAL BANK, EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and EXPERIAN INFORMATION SOLUTIONS INC.,<br><br>  Defendants. | Case No. 2:23-cv-697<br><br>**ORDER GRANTING AMERICAN EXPRESS NATIONAL BANK'S STIPULATION TO EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

THIS CAUSE came before the Court on Defendant American Express National Bank's Stipulation to Extension of Time for Defendant Respond to Plaintiff's Complaint (Dkt. No. 12), and the Court, having reviewed the Stipulation, and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that American Express National Bank's Stipulation to Extension of Time to Respond to Plaintiff's Complaint is GRANTED. Defendant American Express National Bank shall have up to and through July 24, 2023, to file a response to Plaintiff's Complaint.

ORDER GRANTING STIPULATION (Case No. 2:23-cv-00697-JNW)
Page | 1

Shook, Hardy& Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600

DONE AND ORDERED in Chambers in Seattle, Washington on this 29th day of June, 2023.

*[signature]*

Jamal N. Whitehead
United States District Judge

ORDER GRANTING STIPULATION (Case No. 2:23-cv-00697-JNW)
Page | 2

Shook, Hardy& Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600

1  Copies to: Counsel of Record

2  Presented by:

3  By: */s/ Hunter Ahern*
4  Hunter K. Ahern (WSBA# 54489)

5  **SHOOK, HARDY & BACON L.L.P.**
   701 Fifth Avenue, Suite 6800
6  Seattle, WA 98104-7066
   Tel: (206) 344-7600
7  Fax: (206)344-3113
8  hahern@shb.com

9  *Attorney for Defendant American Express Nation Bank*

ORDER GRANTING STIPULATION (Case No. 2:23-cv-00697-JNW)
Page | 3

Shook, Hardy& Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600