The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ABRAHAM LEAVITT,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN EXPRESS NATIONAL BANK, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-00697-JNW<br><br>**ORDER GRANTING AMERICAN EXPRESS NATIONAL BANK'S SECOND STIPULATION TO EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

THIS CAUSE came before the Court on Defendant American Express National Bank's Stipulation to Extension of Time for Defendant Respond to Plaintiff's Complaint (Dkt. No. 24), and the Court, having reviewed the Stipulation, and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that American Express National Bank's Stipulation to Extension of Time to Respond to Plaintiff's Complaint is GRANTED. Defendant American Express National Bank shall have up to and through August 7, 2023, to file a response to Plaintiff's Complaint.

ORDER GRANTING STIPULATION (Case No. 2:23-cv-00697-JNW)
Page | 1

Shook, Hardy & Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600

4870-9378-9554 v1

DONE AND ORDERED in Chambers in Seattle, Washington on this 7th day of August, 2023.

_____
Jamal N. Whitehead
United States District Judge

ORDER GRANTING STIPULATION (Case No. 2:23-cv-00697-JNW)
Page | 2

Shook, Hardy& Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600

4870-9378-9554 v1

1  Copies to: Counsel of Record

2  Presented by:

3  By: */s/ Hunter Ahern*
4  Hunter K. Ahern (WSBA# 54489)

5  **SHOOK, HARDY & BACON L.L.P.**
   701 Fifth Avenue, Suite 6800
6  Seattle, WA 98104-7066
7  Tel: (206) 344-7600
   Fax: (206)344-3113
8  hahern@shb.com

9  *Attorney for Defendant American Express National Bank*

ORDER GRANTING STIPULATION (Case No. 2:23-cv-00697-JNW)
Page | 3

4870-9378-9554 v1

Shook, Hardy& Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600