William M. Huse, Esq. (Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400 Ext. 134
Facsimile:  (317) 363-2257
E-Mail:  whuse@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Nicholas Ranallo, Esq.  WSBA No.:  51439
Ranallo Law Office
5058 57th Avenue South
Seattle, WA  98118
Telephone:  (831) 607-9299
E-Mail:  nick@ranallolawoffice.com

*Local Counsel for Defendant Trans Union, LLC*

Judge Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| ABRAHAM LEAVITT,<br>     Plaintiff,<br><br>   vs.<br><br>AMERICAN EXPRESS NATIONAL BANK; EQUIFX INFORMATION SERVICES LLC; TRANS UNION LLC and EXPERIAN INFORMATION SOLUTIONS, INC.;<br>     Defendants. | CASE NO. 2:23-cv-00697-JNW<br><br>**ORDER GRANTING MOTION TO WITHDRAW PRO HAC VICE ADMISSION OF PAIGE E. VACANTE** |

This cause is before the Court on Motion to Withdraw *Pro Hac Vice* Admission of Paige E. Vacante.  The Court, being duly advised, hereby GRANTS said Motion.

Paige E. Vacante's *pro hac vice* admission is hereby withdrawn.

IT IS SO ORDERED this 22nd day of November, 2023.

_____
Jamal N. Whitehead
United States District Judge

DISTRIBUTION:

| | |
|---|---|
| Daniel A. Schlanger, Esq.<br>dschlanger@consumerprotection.net | Jasmin Resaie-Tirabadi, Esq.<br>jrezaie@terrellmarshall.com |
| Jennifer R. Murray, Esq.<br>jmurray@terrellmarshall.com | Beth E. Terrell, Esq.<br>bterrell@terrellmarshall.com |
| Sara Jane Wadsworth, Esq.<br>sara.wadsworth@stoel.com | Andrew Ramiro Escobar, Esq.<br>aescobar@seyfarth.com |
| Hunter K. Ahern, Esq.<br>hahern@shb.com | William M. Huse, Esq.<br>whuse@schuckitlaw.com |
| Nicholas Ranallo, Esq.<br>nick@ranallolawoffice.com | |

**ORDER GRANTING MOTION TO WITHDRAW
– 2:23-cv-00697-JNW**

SCHUCKIT & ASSOCIATES, P.C.
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN  46077
TELEPHONE:  (317) 363-2400