THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ABRAHAM LEAVITT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN EXPRESS NATIONAL BANK, EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>　　　　　　Defendants. | NO. 2:23-CV-00697-JNW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　The undersigned, counsel for Plaintiff and Equifax Information Services LLC ("Defendant"), hereby stipulate and agree as follows:

　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the settlement agreement between the parties, Plaintiff dismisses this action with prejudice and without costs as against Defendant only. The parties shall bear their own costs and fees, including attorneys' fees. Nothing herein shall be deemed to limit, expand or in any way alter the rights of any party pursuant to the settlement agreement.

　　　February 7, 2024

| Seyfarth Shaw LLP | Terrell Marshall Law Group PLLC |
|---|---|
| */s/ Andrew R. Escobar* | */s/ Jennifer Rust Murray* |
| Andrew R. Escobar, WSBA No. 42793<br>999 Third Avenue, Suite 4700<br>Seattle, Washington 98104 | Jennifer Rust Murray, WSBA No. 36983<br>936 N 34th Street, Suite 300<br>Seattle, Washington 98103 |

STIPULATION OF DISMISSAL WITH PREJUDICE - 1
Case No. 2:23-cv-00697-JNW

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Phone: (206) 946-4910
Email: aescobar@seyfarth.com

*Attorneys for Defendant Equifax Information Service LLC*

Phone: (206) 816-6603
Email: jmurray@terrellmarshall.com

Schlanger Law Group, LLP

*/s/ Daniel A. Schlanger*

Daniel A. Schlanger
80 Broad Street, Suite 3103
New York, NY 10004
Phone: (212) 500-6114
Email: dschlanger@consumerprotection.net

*Attorneys for Plaintiff*

Dated: February 16th, 2024

**SO ORDERED.**

_____
Jamal N. Whitehead
United States District Judge

- 2
Case No. 2:23-cv-00697-JNW