THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ABRAHAM LEAVITT, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN EXPRESS NATIONAL BANK, EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and EXPERIAN INFORMATION SOLUTIONS, INC. <br><br> Defendants. | NO. 2:23-CV-00697-JNW <br><br> [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL |

THIS MATTER came before the Court on Motion for Leave to Withdraw as Counsel. Prior to ruling, the Court considered the following:

1. Motion for Leave to Withdraw as Counsel;

2. ~~_____; and~~

3. ~~_____.~~

Based on the foregoing, IT IS HEREBY ORDERED that counsel's Motion for Leave to Withdraw as Counsel is GRANTED. The CLERK shall terminate Terrell Marshall Law Group and Schlanger Law as counsel of record. Plaintiff Abraham Leavitt shall proceed pro se until such time as any new counsel appears for him.

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL - 1
Case No. 2:23-cv-00697-JNW

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   IT IS SO ORDERED.

2   DATED: <u>July 3rd, 2025</u>

5   THE HONORABLE JAMAL N. WHITEHEAD

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL - 2
Case No. 2:23-cv-00697-JNW

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com