**THE HONORABLE JAMAL N. WHITEHEAD**

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABRAHAM LEAVITT,<br><br>            Plaintiff,<br><br>     v.<br><br>AMERICAN EXPRESS NATIONAL BANK, TRANS UNION LLC, EQUIFAX INFORMATION SERVICES LLC, EXPERIENCE INFORMATION SOLUTIONS, INC.<br><br>            Defendants. | Case No. 2:23-cv-00697-JNW<br><br>**DEFENDANTS' STATUS REPORT** |

## **DEFENDANTS' JOINT STATUS REPORT**

Defendants jointly submit this Joint Status Report regarding the arbitration between Plaintiff and American Express National Bank ("American Express") and the litigation more generally, and state:

1. Plaintiff settled with Defendant Equifax in 2023. ECF 36.

2. The case was stayed with regard to the other two credit reporting agency Defendants (Experian Information Solutions, Inc. and Trans Union LLC), while Plaintiff arbitrated with Defendant American Express. See ECF 39.

DEFENDANTS' STATUS REPORT - Page 1
(Case No. 2:23-cv-00587-JNW)

**SHOOK, HARDY & BACON LLP**
701 5TH AVENUE, SUITE 6800
SEATTLE, WASHINGTON 98104-7066
TEL +1.206.344.7600

3. On July 3, 2025, the Court granted Plaintiff's counsel's Motion to Withdraw. ECF 55. Since then, no attorney has entered an appearance on behalf of Plaintiff in this lawsuit.

4. On July 25, 2025 and August 22, 2025, mail addressed to Plaintiff was returned as undeliverable. ECF 56, 58.

5. The arbitration remains active in JAMS with the final hearing currently scheduled for December 9 and 10, 2025. Plaintiff and American Express have commenced settlement discussions.

6. Counsel has appeared for Plaintiff in the JAMS arbitration but is not admitted to this Court and has not appeared here. [Defendants have shared this status report with him and he reports that Plaintiff has no objection.]

7. Defendants request that the Court set a deadline for November 30, 2025 for the next status report to be filed.

DATED this 30th day of September 2025.

**SHOOK, HARDY & BACON LLP**

By: *s/ Hunter K. Ahern*
Hunter K. Ahern (WSBA# 54489)
701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
T. (206) 344-7600
F. (206) 344-3113
E. hahern@shb.com

*Attorney for Defendant American Express National Bank*

DEFENDANTS' STATUS REPORT - Page 2
(Case No. 2:23-cv-00587-JNW)

**SHOOK, HARDY & BACON LLP**
701 5TH AVENUE, SUITE 6800
SEATTLE, WASHINGTON 98104-7066
TEL +1.206.344.7600

**QUILLING SELANDER LOWNDS WINSLETT MOSER**

By: */s/William M Huse*
William M. Huse (admitted pro hac vice)
1033 N. Meridian Street, Suite 200
Indianapolis, IN 46290
T. (317) 497-5600
F. (317) 899-9348
E. whuse@qslwm.com


**NICHOLAS RANALLO ATTORNEY AT LAW**

By: */s/Nicholas R. Ranallo*
Nicholas R. Ranallo
5058 57th Ave. S
Seattle, WA 98118
T. (831) 607-9229
F. (831) 533-5073
E. nick@ranallolawoffice.com

*Attorneys for Defendant Trans Union, LLC*


**STOEL RIVES LLP**

By: */s/Sara Wadsworth*
Rachel Groshong
Sara Wadsworth
600 University Street, Suite 3600
Seattle, WA 98101-3197
T. (206) 624-0900
E. rachel.groshong@stoel.com
E. sara.wadsworth@stoel.com

*Attorneys for Defendant Experian Information Solutions Inc.*

DEFENDANTS' STATUS REPORT  -  Page 3
(Case No. 2:23-cv-00587-JNW)

SHOOK, HARDY & BACON LLP
701 5TH AVENUE, SUITE 6800
SEATTLE, WASHINGTON 98104-7066
TEL +1.206.344.7600

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties, if any, shall be served in accordance with the Federal Rules of Civil Procedure.

 */s/ Hunter K. Ahern*
 Hunter K. Ahern

DEFENDANTS' STATUS REPORT - Page 4
(Case No. 2:23-cv-00587-JNW)

**SHOOK, HARDY & BACON LLP**
701 5TH AVENUE, SUITE 6800
SEATTLE, WASHINGTON 98104-7066
TEL +1.206.344.7600