THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABRAHAM LEAVITT,

                    Plaintiff,

          v.

AMERICAN EXPRESS NATIONAL BANK,
TRANS UNION LLC, EQUIFAX
INFORMATION SERVICES LLC,
EXPERIENCE INFORMATION SOLUTIONS,
INC.

                    Defendants.

Case No. 2:23-cv-00697-JNW

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO AMERICAN EXPRESS NATIONAL BANK ONLY**

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Abraham Leavitt ("Plaintiff"), appearing pro se, and counsel for Defendant American Express National Bank, pursuant to Fed. R. Civ. P. 41(a)(2), that this action is hereby dismissed in its entirety, with prejudice and without costs or fees to any party as to American Express National Bank only. This Stipulation may be executed in counterparts and a copy of the signatures on this Stipulation serve the same purposes as an original signature.

(Case No. 2:23-cv-00587-JNW)

DATED this 2nd day of April, 2026.

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Abraham Leavitt*
Abraham Leavitt
6205 Island Crest Way
Mercer Island, WA 98040
Phone: 954-600-3104
Email: abeleavitt@gmail.com

By: *s/ Andrew DeCarlow*
Andrew DeCarlow WSBA No. 54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: andrew.decarlow@morganlewis.com

*Plaintiff Abraham Leavitt*

*Attorneys for Defendant American Express National Bank*

SO ORDERED:  Dated 3rd day of April, 2026.

_____
Hon. Jamal N. Whitehead
United States District Judge

(Case No. 2:23-cv-00587-JNW)

## CERTIFICATE OF SERVICE

I hereby certify that, on April 2, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties, if any, shall be served in accordance with the Federal Rules of Civil Procedure.

 */s/ Andrew DeCarlow*
Andrew DeCarlow

(Case No. 2:23-cv-00587-JNW)

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WA 98101
TEL.: (206) 274-6400