UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABRAHAM LEAVITT,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES
LLC; TRANS UNION LLC; EXPERIAN
INFORMATION SERVICES, INC.,

Defendants.

CASE NO. 2:23-cv-00697-JNW

ORDER LIFTING STAY

This matter comes before the Court on Plaintiff Abraham Leavitt's motion to lift the stay in this case. Dkt. No. 72. Defendant Equifax Information Solutions, Inc. does not oppose this motion. Dkt. No. 75. The remaining defendants have not responded to the motion. The Court finds good cause to lift the stay order. *See* Dkt. No. 39. The Court entered the stay pending resolution of arbitration proceedings between Leavitt and American Express. That arbitration has concluded and American Express has been dismissed from this case. Dkt. No. 74. Thus, the reasons justifying the stay are no longer present.

ORDER LIFTING STAY - 1

Accordingly, the Court GRANTS Leavitt's motion, Dkt. No. 72, and LIFTS the stay so that litigation against the remaining defendants can resume. The Court will issue a new scheduling order shortly.

Dated this 7th day of May, 2026.

Jamal N. Whitehead
United States District Judge

ORDER LIFTING STAY - 2